ACCO,(ASx),CLOSED,DISCOVERY,MANADR,RELATED–G,REOPENED,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:18–cv–00800–FMO–AS

Rosa May v. First Motor Group of Encino, LLC et al
Assigned to: Judge Fernando M. Olguin
Referred to: Magistrate Judge Alka Sagar
Related Case:  2:17–cv–07007–FMO–AS
Case in other court:  Superior Court of CA for the County of Los
                        Angeles, BC687978
Cause: 28:1446pl Notice of Removal – Product Liability

Date Filed: 01/31/2018
Date Terminated: 02/23/2018
Jury Demand: Both
Nature of Suit: 355 Motor Vehicle Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Rosa May**
*an individual*

represented by   **Joseph A Kaufman**
Lemon Law Aid Inc
117 East Colorado Boulevard Suite 600
Pasadena, CA 91105
626–219–1648
Fax: 626768–7066
Email: joe@lemonlawaid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Finkelstein**
Lemon Law Aid Inc
117 East Colorado Boulevard Suite 600
Pasadena, CA 91105
626–219–1648
Fax: 626–768–7066
Email: josh@lemonlawaid.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**First Motor Group of Encino, LLC**
*doing business as*
Mercedes–Benz of Encino

represented by   **Jon David Universal**
Universal and Shannon LLP
2240 Douglas Boulevard Suite 290
Roseville, CA 95661
916–780–4050
Fax: 916–780–9070
Email: juniversal@uswlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam G Khan**
Universal and Shannon LLP
2240 Douglas Boulevard Suite 290
Roseville, CA 95661
916–780–4050

Fax: 916–780–9070
*TERMINATED: 02/07/2018*

**James P Mayo**
Universal and Shannon LLP
2240 Douglas Boulevard Suite 290
Roseville, CA 95661
916–780–4050
Fax: 916–780–9070
*TERMINATED: 02/07/2018*

**Mark S Julius**
Universal and Shannon LLP
2240 Douglas Boulevard Suite 290
Roseville, CA 95661
916–780–4050
Fax: 916–780–9070
*TERMINATED: 02/07/2018*

**Nejla Nassirian**
Universal and Shannon LLP
2240 Douglas Boulevard Suite 290
Roseville, CA 95661
916–780–4050
Fax: 916–780–9070
*TERMINATED: 02/07/2018*

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2018 | Ï 1 | NOTICE OF REMOVAL from Los Angeles, case number BC687978 Receipt No: 0973–21188492 – Fee: $400, filed by Defendant First Motor Group of Encino, LLC dba Mercedes–Benz of Encino. (Attachments: # 1 Exhibit Complaint against Mercedes–Benz USA, LLC, # 2 Exhibit Order from USBC granting preliminary injunction, # 3 Exhibit Complaint against First Motor Group of Encino, # 4 Exhibit Order from USBC extending preliminary injunction) (Attorney Jon David Universal added to party First Motor Group of Encino, LLC dba Mercedes–Benz of Encino(pty:dft))(Universal, Jon) (Entered: 01/31/2018) |
| 01/31/2018 | Ï 2 | CIVIL COVER SHEET filed by Defendant First Motor Group of Encino, LLC dba Mercedes–Benz of Encino. (Universal, Jon) (Entered: 01/31/2018) |
| 01/31/2018 | Ï 3 | NOTICE of Related Case(s) filed by Defendant First Motor Group of Encino, LLC dba Mercedes–Benz of Encino. Related Case(s): 2:17–cv–07007 (Universal, Jon) (Entered: 01/31/2018) |
| 01/31/2018 | Ï 4 | NOTICE OF STAY OF ACTION filed by Defendant First Motor Group of Encino, LLC dba Mercedes–Benz of Encino. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Universal, Jon) (Entered: 01/31/2018) |
| 01/31/2018 | Ï | CONFORMED FILED COPY OF COMPLAINT against Defendants First Motor Group of Encino, LLC., Does 1 through 10, inclusive. Jury Demanded., filed by Plaintiff Rosa May. [FILED IN |

| | | |
|---|---|---|
| | | STATE COURT ON 12/22/2017 SUBMITTED ATTACHED TO NOTICE OF REMOVAL AS ATTACHMENT #1] (et) (Entered: 02/01/2018) |
| 02/01/2018 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge R. Gary Klausner and Magistrate Judge Steve Kim. (et) (Entered: 02/01/2018) |
| 02/01/2018 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 02/01/2018) |
| 02/02/2018 | Ï 7 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES upon filing of the complaint by Judge R. Gary Klausner. (pso) (Entered: 02/02/2018) |
| 02/05/2018 | Ï 8 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16–05–Related Case– filed. Related Case No: 2:17–cv–07007 FMO(ASx). Case transferred from Magistrate Judge Steve Kim and Judge R. Gary Klausner to Judge Fernando M. Olguin and Magistrate Judge Alka Sagar for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18–cv–00800 FMO(ASx). Signed by Judge Fernando M. Olguin (rn) (Entered: 02/05/2018) |
| 02/07/2018 | Ï 9 | Notice of Appearance or Withdrawal of Counsel: for attorney Jon David Universal counsel for Defendant First Motor Group of Encino, LLC. Adam G Khan is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Defendant First Motor Group of Encino, LLC. (Universal, Jon) (Entered: 02/07/2018) |
| 02/07/2018 | Ï 10 | Notice of Appearance or Withdrawal of Counsel: for attorney Jon David Universal counsel for Defendant First Motor Group of Encino, LLC. James P Mayo is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Defendant First Motor Group of Encino, LLC. (Universal, Jon) (Entered: 02/07/2018) |
| 02/07/2018 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Jon David Universal counsel for Defendant First Motor Group of Encino, LLC. Mark S Julius is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Defendant First Motor Group of Encino, LLC. (Universal, Jon) (Entered: 02/07/2018) |
| 02/07/2018 | Ï 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Jon David Universal counsel for Defendant First Motor Group of Encino, LLC. Nejla Nassirian is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Defendant First Motor Group of Encino, LLC. (Universal, Jon) (Entered: 02/07/2018) |
| 02/07/2018 | Ï 13 | ANSWER to Complaint – (Discovery), filed by Defendant First Motor Group of Encino, LLC.(Universal, Jon) (Entered: 02/07/2018) |
| 02/09/2018 | Ï 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer to Complaint 13 . The following error(s) was/were found: Local Rule 7.1–1 No Notice of Interested Parties and/or no copies. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv) (Entered: 02/09/2018) |
| 02/09/2018 | Ï 15 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 02/09/2018) |
| 02/09/2018 | Ï 16 | ORDER SETTING SCHEDULING CONFERENCE by Judge Fernando M. Olguin. Scheduling Conference set for 3/15/2018 at 10:00 AM before Judge Fernando M. Olguin. (vdr) (Entered: 02/09/2018) |
| 02/09/2018 | Ï 17 | |

|  |  | MINUTES (IN CHAMBERS) ORDER RE: REFERRAL TO BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA by Judge Fernando M. Olguin. The court is in receipt of the Notice of Removal filed on January 31, 2018 by defendant First Motor Group of Encino, LLC, d/b/a Mercedes−Benz of Encino. Pursuant to 28 U.S.C. § 157(a) and General Order 13−05, the court hereby refers the entire matter for all further proceedings to the Bankruptcy Court for the Central District of California. The Clerk shall administratively close the case and serve a copy of this Order to the Bankruptcy Clerk of Court. IT IS SO ORDERED. (Made JS−6. Case Terminated.) (iv) (Entered: 02/09/2018) |
| --- | --- | --- |
| 02/23/2018 | 18 | MINUTES (IN CHAMBERS) ORDER RE: TRANSFER OF ACTION TO THE DISTRICT OF DELAWARE by Judge Fernando M. Olguin. IT IS ORDERED THAT: The Court's Order of February 9, 2018, is hereby vacated. Pursuant to 28 U.S.C. 1412, the above−referenced matter is hereby transferred to the United States District Court for the District of Delaware. Case transferred electronically. (MD JS−6. Case Terminated.) (iv) (Entered: 02/26/2018) |