IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSA MAY, an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-316-CFC |
| | : | |
| FIRST MOTOR GROUP OF ENCINO LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 11th day of January in 2019:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Plaintiff Rosa May's Motion to Remand and for Fees and Costs for Improper Removal (D.I. 21) is **GRANTED** in part and **DENIED** in part. The case will be remanded to the Superior Court of California, but Plaintiff will not receive fees and costs for improper removal.

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE